F. W. Lang Co. *v.* Fleet et al., Appellants.

Argued September 19, 1960. Before RHODES, P. J., WRIGHT, WOODSIDE, ERVIN, WATKINS, and MONT-GOMERY, JJ. (GUNTHER, J., absent).

*Lee B. Sacks,* for appellants.

*Howard Saul Marcu,* with him *Daniel Marcu,* and *Marcu, Marcu & Marcu,* for appellee.

OPINION PER CURIAM, November 16, 1960:
The order of the court below is affirmed on the opinion of Judge BOYLE, of the Municipal Court of Philadelphia, as reported in 22 Pa. D. & C. 2d 361.